KIMBERLY A. SANCHEZ
Acting United States Attorney
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES<br><br>v.<br><br>BEE HER | CASE NO. 1:25-mj-00076-EPG<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Jul 17, 2025**

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE