**FILED**
**Jul 25, 2025**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>BEE HER,<br><br>                  Defendants. | CASE NO. 1:25-MJ-76<br><br>ORDER UNSEALING COMPLAINT |

    Good cause due to the defendant's pending appearances on the Complaint in the Eastern District of California, it is hereby ordered that a the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

DATED: **Jul 25, 2025**

*Erica P. Grosjean*
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE